UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Jesento Anderson**                                               **Docket No. 5:05-CR-74-1BO**
**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jesento Anderson, who, upon an earlier plea of guilty to Possession With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and More Than 500 Grams of Cocaine, in violation of 21 U.S.C. § 841(a)(1) and Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on April 11, 2006, to the custody of the Bureau of Prisons for a term of 262 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On March 10, 2009, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the defendant's sentence was reduced from 262 months to 120 months.

Jesento Anderson was released from custody on November 7, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 12, 2015, the defendant was charged in Edgecombe County, North Carolina, with Assault on a Female, Misdemeanor Assault with a Deadly Weapon, Injury to Personal Property, and Injury to Trees/Crops/Lands (15CR51238-40). According to the Warrants for Arrest, Anderson assaulted his girlfriend, Nate' Laquanda Pittman, by "head butting her in the mouth." Additionally, he allegedly drove a vehicle and forced his girlfriend off the road, causing damage to her vehicle as well as damage to a landowner's crops. During a home inspection on May 14, 2015, the defendant's girlfriend signed a written statement stating that the assault did not take place, and she was the one who damaged the landowner's property. No visible signs of injury were seen on the girlfriend's face. Although Anderson admits to having a verbal confrontation with his girlfriend of the alleged criminal conduct. Offender denies guilt. These charges remain pending in Edgecombe District Court. It is the recommendation of the probation officer to continue supervision pending the adjudication of these new charges. If a conviction occurs, the court will be notified immediately. Anderson did express a willingness to attend mental health treatment, and he will be referred for an assessment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate in mental health treatment at the direction of the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield | /s/ Taron N. Seburn |
| Dwayne K. Benfield | Taron N. Seburn |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 S. Evans Street, Room 214 |
| | Greenville, NC 27858 |
| | Phone: 252-830-2335 |
| | Executed On: May 15, 2015 |

Jesento Anderson
Docket No. 5:05-CR-74-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __18__ day of __May__, 2015 and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge