UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jesento Anderson                  Docket No. 5:05-CR-74-1BO

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jesento Anderson, who, upon an earlier plea of guilty to Possession With Intent Distribute More Than 50 Grams of Cocaine Base (Crack) and More Than 500 Grams of Cocaine, in violation of § 841(a)(1), and Felon in Possession of Firearm, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 11, 2006, to the custody of the Bureau of Prisons for a term of 262 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On March 10, 2009, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the defendant's sentence was reduced from 262 months to 120 months.

Jesento Anderson was released from custody on November 07, 2013, at which time the term of supervised release commenced. On May 15, 2015, a Petition for Action was submitted advising that Anderson was charged in Edgecombe County, North Carolina, with Assault on a Female, Misdemeanor Assault with a Deadly Weapon, Injury to Personal Property, and Injury to Trees/Crops/Lands (15CR51238-40). According to the Warrants for Arrest, Anderson assaulted his girlfriend, Nate' Laquanda Pittman by "head butting her in the mouth." Additionally, he allegedly drove a vehicle and forced his girlfriend off the road, causing damage to her vehicle as well as damage to a landowner's crops. The defendant's girlfriend signed a written statement stating that the assault did not take place, and she was the one who damaged the landowner's property. No visible signs of injury were seen on his girlfriend's face. The offender denied guilt, and the court agreed to continue supervision pending the adjudication of these new charges. Anderson expressed a willingness to attend mental health treatment, and the court ordered that the defendant participate in mental health treatment at the direction of the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 1, 2016, the defendant pled guilty in Edgecombe County to Misdemeanor Damage to Property (15CR51239). He was given a 120 day sentence, suspended, and he was placed on unsupervised probation for 2 years. Further, Anderson was ordered to pay $215 court costs and restitution in the amount of $500. As a sanction for this violation, we are recommending that he serve 2 days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days as directed by the probation officer and shall abide by all rules and regulations of the designated facility.

> Except as herein modified, the judgment shall remain in full force and effect.

Jesento Anderson
Docket No. 5:05-CR-74-1BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2338<br>Executed On: June 17, 2016 |

**ORDER OF THE COURT**

Considered and ordered this 23 day of June, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge